# NO. 12-09-00070-CR
# NO. 12-09-00071-CR
# NO. 12-09-00072-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROGER A. DAUGHTRY,* *APPELLANT* | § | *APPEALS FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Roger A. Daughtry attempts to appeal his three convictions for aggravated assault against a public servant. The trial court sentenced Appellant to imprisonment for thirty-five years in each case. We have received the trial court's certification in each case showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certifications are signed by the trial court, Appellant, and Appellant's counsel. Accordingly, the appeals are ***dismissed*** for want of jurisdiction.

Opinion delivered April 8, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)